UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cr-40

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY LAMONT CALDWELL,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Suppress Evidence (#27) and the government's Response in Opposition and Request for Extension (#33). Having considered the motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's request for an extension within their Response in Opposition (#33) is **GRANTED**. The government shall have up to and inclusive of January 9, 2018, to file a proper response to defendant's Motion to Suppress (#27).

Signed: January 5, 2018

Max O. Cogburn Jr.
United States District Judge

1